# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| IN RE: PETITION OF STEPHEN VANDECOEVERING AND KELLEY VANDECOEVERING TO SET ASIDE THE NOMINATING PETITION OF JOHN BATTAGLIA, SR., A CANDIDATE FOR DIRECTOR OF THE BLACKHAWK SCHOOL DISTRICT | : : : : : : : : : : | No. 84 WAL 2023<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: STEPHEN VANDECOEVERING AND KELLEY VANDECOEVERING | : : : | |
| IN RE: PETITION OF STEPHEN VANDECOEVERING AND KELLEY VANDECOEVERING TO SET ASIDE THE NOMINATION PETITION OF JOHN BATTAGLIA SR., A CANDIDATE FOR DIRECTOR FO THE BLACKHAWK SCHOOL DISTRICT | : : : : : : : : : : | No. 85 WAL 2023<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: STEPHEN VANDECOEVERING AND KELLEY VANDECOEVERING | : : : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.